

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-19-00045-CR |
|  | § |  |
| EDUARDO SANCHEZ, | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| RELATOR. | § | IN MANDAMUS |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Selena Solis, Judge of the 243rd District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 31ST DAY OF JANUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.